**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** PAUL ANTHONY SMITH  
**Defendant(s):** MICHAEL O'LEARY, etc., et al.

**County of Residence:** WILL  
**County of Residence:**

**Plaintiff's Address:**
Paul Anthony Smith
#06-3637
Will County - WCF
95 South Chicago Street
Joliet, IL 60436

**Defendant's Attorney:**

FILED
2-25-2008
FEB 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV1139**
**JUDGE ST.EVE**
**MAG.JUDGE COX**

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A. E. Woodham   **Date:** 02/25/2008