MHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 2 5 2008 aew
2-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)
Paul Anthony Smith
v.

Defendant(s)
Michael O'Leary
Jerome Nubera
Roy Martin

Case Number:

**08CV1139**
**JUDGE ST.EVE**
**MAG.JUDGE COX**

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Paul Anthony Smith, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   Paul Anthony Smith
   Movant's Signature

   95 South Chicago Street
   Street Address

   Joliet, Illinois 60436
   City/State/Zip

Date: 16 Feb. 2008

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | N/A | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: ☐ | | N/A | |

| Assigned Judge | N/A | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | N/A | |
| If case is still pending, please check box: ☐ | | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| | N/A | | |
| Case Title | | | |
| Appointed Attorney's Name | | N/A | |
| If case is still pending, please check box: ☐ | | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | N/A | | |
| Appointed Attorney's Name | | | |
| | | N/A | |
| If case is still pending, please check box: ☐ | | | |