16th February 08

# FILED

FEB 2 5 2008

2-25-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Whom It May Concern

Be advised! on page (6) of the complaint form it request that, you state exactly what relief that your'e requesting. On the second part of the complaint forms, I stated that, I will respectfully ask for the resignations of Warden Michael O'Leary, Deputy Chief Jerome Nudera, and Sergeant Roy Martin. The reason why I'm requesting this particular request is that, there has been an on going violation of state and federal laws and also a series of physical abuse allegation against the Will County Adult Detention Facility. In support of this contention, the plaintiff in this matter has been in close contact with the Federal Bureau of Investigations Civil Division (Chicago Office). The FBI would verify that the plaintiff in this matter has filed a numerous amount of letters as requested from there office about the physical abuse allegations against the jail as well as other various complaints alleging a violation of state and federal laws. I was just advising this court that, for verification purposes, to contact the FBI (Chicago Office) regarding the plaintiff in this matter.

**08CV1139
JUDGE ST.EVE
MAG.JUDGE COX**

Thank You,

Paul A. Smith

(Inmate # 0U-3637)