FILED
MARCH 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHL

RECEIVED
FEB 25 2008
2-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Paul Anthony Smith

(Enter above the full name of the plaintiff or plaintiffs in this action)

08CV1139
JUDGE ST.EVE
MAG.JUDGE COX

vs.

Case No:____________________
(To be supplied by the Clerk of this Court)

Michael O'Leary (Warden)
Jerome Nubera (Deputy Chief)
Roy Martin (Sergeant)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Paul Anthony Smith

B. Date of Birth: 05/29/72

C List all aliases: Big Paul,

D. Prisoner identification number: 2006000 3637

E. Place of present confinement: (Will County Adult Detention Facility)

F. Address: 95 South Chicago Street Joliet, Illinois 60436

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Michael O'Leary

Title: Warden

Place of Employment: Will County Adult Detention Facility

B. Defendant: Jerome Nudera

Title: Deputy Chief, Security/Operations

Place of Employment: Will County Adult Detention Facility

C. Defendant: Roy Martin

Title: Sergeant, Classification Dept.

Place of Employment: Will County Adult Detention Facility

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I PAUL ANTHONY SMITH AM FILING A COMPLAINT AGAINST THE WILL COUNTY ADULT DETENTION FACILITY STAFF WARDEN MICHAEL O'LEARY, DEPUTY CHIEF JEROME NUDERA AND SERGEANT ROY MARTIN FOR VIOLATING STATE & FEDERAL LAWS, DISCRIMINATION, MENTAL ANGUISH AND FOR THE CONTINUED INHUMANE TREATMENT BY THE SECURITY STAFF. ON JANUARY 14th, 2008, I WAS REMOVED FROM MY CURRENT ASSIGNMENT AS D-POD HOUSING WORKER AND TRANSFERRED TO DISCIPLINARY SEGREGATION PENDING AN INVESTIGATION FOR A MAJ. RULE INFRAGMENT (FIGHTING) AND ALSO CRIMINAL BATTERY (THESE TWO CHARGES GOVERN THE POLICY AND PROCEDURES OF THE WILL COUNTY ADULT DETENTION FACILITY.) ON JANUARY 29th, 2008, I WAS RELEASED FROM DISCIPLINARY SEGREGATION AND TRANSFERRED TO ADMINISTRATIVE SEGREGATION. REGARDING WHY I WAS TRANSFERRED TO ADMIN. SEG, I WROTE A COMPLAINT/GRIEVANCE ASKING AN EXPLANATION WHY I WAS PLACED IN ADMIN. SEG., SGT. ROY MARTIN (CLASSIFICATION SUPERVISOR) RESPONDED BY SAYING THE REASON WHY THE DECISION WAS MADE TO PLACE ME IN ADMIN. SEGREGATION WAS BECAUSE OF THE INJURIES THAT THE OTHER INMATE SUSTAINED. AS I APPEALED THE DECISION ALLEGING THAT, THE WILL COUNTY ADULT DETENTION

FACILITY MADE A POOR DECISION BY PLACING ME IN ADMIN. SEG. BECAUSE (1), I DO NOT FIT THE CRITERIA FOR ADMINISTRATIVE SEGREGATION INMATES. PER THE POLICY AND PROCEDURES OF THE WILL COUNTY ADULT DETENTION FACILITY, ADMINISTRATIVE SEGREGATION IS FOR INMATES WHO ON A CONTINUOUS BASIS, PRESENT HOSTILITY TOWARDS OTHER INMATES AND STAFF MEMBERS. I ADVISED SGT. ROY MARTIN THAT, THE RECORD WOULD REFLECT THAT, NOT ONLY HAVE I NOT CAUSED A PROBLEM WITHIN THE PAST 18 MONTHS, BUT INMATES WHO ARE GIVEN ASSIGNMENTS AS WORKERS ARE GIVEN THOSE ASSIGNMENTS BECAUSE THEY DISPLAY A POSITIVE ATTITUDE TOWARDS OTHER INMATES AND STAFF MEMBERS AND ALSO AVOID ANY DISCIPLINARY ACTION REQUIRED BY ILLINOIS JAIL STANDARDS. DEPUTY CHIEF JEROME NUDERA RESPONDED TO MY GRIEVANCE. (SEE ATTACHED GRIEVANCE / RESPONSE) ALSO, I EXPLAINED TO BOTH SGT. MARTIN AND DEPUTY CHIEF NUDERA THAT UPON BEING TRANSFERRED TO DISC. SEG., THAT I DID NOT RECIEVE A COPY OF THE DISCIPLINARY REPORT, I WAS DENIED MY RIGHT TO CALL WITNESSES IN MY BEHALF, OR EVEN THE USE OF AN ALIBI, AND UPON MY HEARING, I WAS ASKED BY THE HEARING OFFICER DID I KNOW WHAT I WAS BEING CHARGED WITH AND I STATED NO. THE HEARING OFFICER INFORMED ME THAT I WOULD RECIEVE A COPY IN THE MAIL AND CONTINUED WITH THE HEARING, WHICH IS A VIOLATION OF MY RIGHTS BECAUSE PER ILLINOIS JAIL & STANDARDS ACT, AN INMATE IS SUPPOSE TO BE INFORMED BEFORE HAND OF WHAT HE/SHE IS BEING CHARGED WITH

CONTINUED FROM PAGE 5

AND BE GIVEN AN OPPORTUNITY TO PREPARE A DEFENSE IN HIS BEHALF, WHICH IS A VIOLATION OF MY DUE PROCESS RIGHTS GUARANTEED BY THE (XIV) AMENDMENT OF THE FEDERAL CONSTITUTION. I HAVE NOTIFIED WARDEN MICHAEL O'LEARY, THE CHIEF ADMINISTRATIVE OFFICER REGARDING THE CONTINUED VIOLATION OF STATE & FEDERAL LAWS AND HE WOULD OVER LOOK WHAT HIS STAFF IS DOING. MY FAMILY HAS MADE SEVERAL ATTEMPTS TO CONTACT WARDEN O'LEARY AND HE WOULD FAIL TO RETURN THERE CALLS CONCERNING THE ALLEGATIONS AGAINST HE AND HIS STAFF. WARDEN O'LEARY AND HIS STAFF ARE CONTINUING TO DENY THE PLAINTIFF IN THIS MATTER LIFE AND LIBERTY INSTEAD, BEING IN ADMIN. SEGREGATION, I AM BEING DENIED THE ALLOTTED TIME OUT FOR EXERCISE, PHONE PRIVILEGES, ACCESS TO USE BOTH PHYSICAL AND MOBILE LAW LIBRARIES, ADEQUATE NUTRITION. I WAS ADVISED BY A OFFICER THAT, TWO INMATES WHO WERE ASSIGNED AS KITCHEN WORKERS GOT INTO A PHYSICAL ALTERCATION WHERE THE PERPETRATOR BEAT A DEEP HOLE IN THE VICTIM'S HEAD WHERE MEDICAL TREATMENT WAS REQUIRED AND THIS INMATE ISN'T PLACED IN ADMIN. SEGREGATION. ALSO, BE ADVISED!, THESE TWO INMATES WERE CAUCASIN. PRIOR TO THIS COMPLAINT BEING FILED, THE UNDERSIGNED GAVE THE WILL COUNTY JAIL A WEEK TO RESPOND TO THE GRIEVANCE, AND THEY FAILED TO DO SO. (SEE 4 PAGE GRIEVANCE DATE FILED)

VERY TRULY YOURS,

[signature]

PAUL A. SMITH
CIMIS # 06-3637
95 SOUTH CHICAGO ST.
JOLIET, ILLINOIS 60436

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

DO TO THE FACT THAT, THE WILL COUNTY ADULT DETENTION FACILITY HAS REPEATEDLY VIOLATED STATE & FEDERAL LAWS, THAT I BE COMPENSATED $150.00 FOR EVERYDAY SPENT IN DISCIPLINARY AND ADMINISTRATIVE SEGREGATION, AND THAT I RESPECTFULLY ASK FOR THE RESIGNATIONS OF WARDEN MICHAEL O'LEARY, DEPUTY CHIEF JEROME NUDERA AND SERGEANT ROY MARTIN.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16th day of Feb., 20 08

[signature]
(Signature of plaintiff or plaintiffs)

PAUL ANTHONY SMITH
(Print name)

2006000 3637
(I.D. Number)

95 SOUTH CHICAGO STREET
JOLIET, ILLINOIS 60436
(Address)

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: SMITH PAUL (Last, First, M.I.) CIMIS: [illegible] DATE: 13 Feb [illegible] POD: [illegible] CELL: 32

***INSTRUCTIONS***

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

1 OF 1

( ) CLASSIFICATION SECTION
- ( ) REQUEST FOR TENDER STATUS
- ( ) REQUEST FOR RECLASSIFICATION
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER
  - ( ) PROBLEMS WITH OTHER INMATES
- ( ) APPEAL OF DISCIPLINARY BOARD HEARING

( ) ADMINISTRATIVE SECTION
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
- ( ) VISITING LIST CHANGE ( ) REQUEST SPECIAL VISIT

( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(X) COMPLAINT ABOUT TREATMENT / GRIEVANCES
- ( ) APPEAL OF GRIEVANCE

( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

ON THE ABOVE DATE, I AM FILING A GRIEVANCE ON THE CLASSIFICATION DEPT. FOR VIOLATING MY DUE PROCESS RIGHTS, EQUAL PROTECTION AND ALSO FOR THE WILL COUNTY ADULT DETENTION FACILITY FOR BEING IN VIOLATION OF THE ILLINOIS POLICY AND PROCEDURES AND ILLINOIS JAIL STANDARD REGULATIONS. ON OR ABOUT THE DATE OF JANUARY 14th, 2008 THE ABOVE INMATE WAS ASSIGNED TO D-POD AS A WORKER WHEN AN ALTERCATION OCCURRED BETWEEN MYSELF AND ANOTHER INMATE. UPON THE ABOVE INMATE BEING TRANSFERRED TO DISCIPLINE SEGREGATION, WAS NOT SERVED WITH A COPY OF A DISCIPLINARY REPORT AND WAS ALSO DENIED TO EXPLAIN HIS SIDE OF THE STORY. UPON THE INMATE HEARING HIS

INMATES SIGNATURE: [signature] CIMIS NUMBER: [illegible]

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: #: DATE:
SERGEANT/ AREA SUPERVISOR SIGNATURE: #: DATE:
LIEUTENANT/ WATCH COMMANDER SIGNATURE: #: DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE: #: DATE:

WHITE—SEND TO CLASSIFICATION YELLOW—RETURN TO INMATE PINK—INMATE RETAINS AFTER FILLING OUT REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: Smith Paul CIMIS: 13437 DATE: 13Feb08 POD: D CELL: 32
(Last, First, M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

1 OF 2

( ) CLASSIFICATION SECTION
( ) REQUEST FOR TENDER STATUS
( ) REQUEST FOR RECLASSIFICATION
( ) REQUEST TO SEE CLASSIFICATION OFFICER
( ) PROBLEMS WITH OTHER INMATES
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) VISITING LIST CHANGE ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(X) COMPLAINT ABOUT TREATMENT / GRIEVANCES
( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

TICKET, WAS INFORMED BY THE HEARING OFFICER OF WHAT I WAS BEING CHARGED WITH AND WAS DENIED AGAIN TO NOTICE ANY WITNESSES OR EVIDENCE THAT WOULD HAVE BEEN USED FOR THE INMATES DEFENSE. UPON INMATE SMITH BEING TAKEN TO SEGREGATION, WOULD HAVE SHOWN THAT WHATEVER INFORMATION THAT WAS GIVEN IN REGARDS TO AN INCIDENT REPORT BEING WRITTEN, WAS FRIVOLOUS AND TAKEN OUT OF CONTEXT. I WAS NEVER APPROACHED BY LT. KAREN BAKER REGARDING MY SIDE OF THE STORY, NOR WAS I APPROACHED BY ANY MEMBER OF THE CLASSIFICATION DEPT. BEFORE MY DISCIPLINARY HEARING AND QUESTIONED REGARDING THE INCIDENT THAT TOOK PLACE. INSTEAD, THE WILL COUNTY ADULT DETENTION

INMATES SIGNATURE: [signature] CIMIS NUMBER: 13437

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: #: DATE:
SERGEANT/ AREA SUPERVISOR SIGNATURE: #: DATE:
LIEUTENANT/ WATCH COMMANDER SIGNATURE: #: DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE: #: DATE:

WHITE—SEND TO CLASSIFICATION YELLOW—RETURN TO INMATE PINK—INMATE RETAINS AFTER FILLING OUT REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: Smith Paul (Last, First, M.I.) CIMIS: 3437 DATE: [illegible] POD: [illegible] CELL: 32

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

1 of 3

( ) CLASSIFICATION SECTION
- ( ) REQUEST FOR TENDER STATUS
- ( ) REQUEST FOR RECLASSIFICATION
- ( ) REQUEST TO SEE CLASSIFICATION OFFICER
  - ( ) PROBLEMS WITH OTHER INMATES
- ( ) APPEAL OF DISCIPLINARY BOARD HEARING

( ) ADMINISTRATIVE SECTION
- ( ) REQUEST FOR INFORMATION
  - ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
- ( ) VISITING LIST CHANGE ( ) REQUEST SPECIAL VISIT

( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(X) COMPLAINT ABOUT TREATMENT / GRIEVANCES
- ( ) APPEAL OF GRIEVANCE

( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

FACILITY FELT THE APPROPRIATE REMEDY WAS TO PLACE ME IN ADMINISTRATIVE SEGREGATION WHEN THE POLICY AND PROCEDURES SUGGEST THAT, INMATES WHO DISPLAY A CONTINUOUS BEHAVIOR OF NOT BEING ABLE TO ADJUST WITH OTHER INMATES AND THOSE WHO DISPLAY A CONTINUOUS HOSTILE BEHAVIOR TOWARDS OTHER INMATES WILL BE PLACED IN ADMINISTRATIVE SEGREGATION. BE ADVISED, THE ABOVE INMATE HASN'T BEEN PLACED IN DISCIPLINARY SEGREGATION FOR THE PAST 18 MONTHS SO IT WOULD NOT BE POSSIBLE FOR ME TO FIT THE CRITERIA FOR ADMINISTRATIVE SEGREGATION. BEING IN ADMINISTRATIVE SEGREGATION HAS DENIED ME LIFE & LIBERTY AS SUGGESTED UNDER THE XIV AMENDMENT OF THE UNITED STATES CONSTITUTION, ALSO,

INMATES SIGNATURE: [signature] CIMIS NUMBER: 3437

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: #: DATE:
SERGEANT/ AREA SUPERVISOR SIGNATURE: #: DATE:
LIEUTENANT/ WATCH COMMANDER SIGNATURE: #: DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE: #: DATE:

WHITE—SEND TO CLASSIFICATION YELLOW—RETURN TO INMATE PINK—INMATE RETAINS AFTER FILLING OUT REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: [illegible] CIMIS: 3[illegible]37 DATE: [illegible] POD: [illegible] CELL: 3[illegible]
(Last, First, M.I.)

***INSTRUCTIONS***

(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

1 of 4

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(X) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

Be advised, the reason why the above [illegible] was [illegible] is that I displayed a positive attitude towards ADF staff [illegible] as other inmates despite the injuries sustained to inmate Michael Dennison. ADF never even [illegible] rights [illegible] [illegible] [illegible]. The above inmate [illegible] [illegible] the grievance alleging I [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] battery, I [illegible] [illegible] [illegible] remained [illegible] [illegible] [illegible] [illegible] [illegible] back in general population [illegible] violation of my rights.

INMATES SIGNATURE: [illegible] CIMIS NUMBER: [illegible]

***STAFF RESPONSE***

POD OFFICER/ STAFF SIGNATURE: #: DATE:
SERGEANT/ AREA SUPERVISOR SIGNATURE: #: DATE:
LIEUTENANT/ WATCH COMMANDER SIGNATURE: #: DATE:
WARDEN/ DEPUTY CHIEF SIGNATURE: #: DATE:

WHITE—SEND TO CLASSIFICATION YELLOW—RETURN TO INMATE PINK—INMATE RETAINS AFTER FILLING OUT REV 7/00

2008-000659a

D-32

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME:____________________________________ CIMIS: ________ DATE:________ POD:______ CELL:______
(Last, First, M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
( ) REQUEST FOR TENDER STATUS
( ) REQUEST FOR RECLASSIFICATION
( ) REQUEST TO SEE CLASSIFICATION OFFICER
( ) PROBLEMS WITH OTHER INMATES
( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
( ) REQUEST FOR INFORMATION
( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) VISITING LIST CHANGE ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
( ) COMPLAINT ABOUT TREATMENT / GRIEVANCES
(✓) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

INMATES SIGNATURE:____________________ CIMIS NUMBER:__________

***STAFF RESPONSE***

ANSWER ATTACHED

POD OFFICER/ STAFF SIGNATURE: [signature] #: 1680 DATE 2-4-08
SERGEANT/ AREA SUPERVISOR SIGNATURE:__________ #:______ DATE:______
LIEUTENANT/ WATCH COMMANDER SIGNATURE:__________ #:______ DATE:______
WARDEN/ DEPUTY CHIEF SIGNATURE:__________ #:______ DATE:______

WHITE—SEND TO CLASSIFICATION YELLOW—RETURN TO INMATE PINK—INMATE RETAINS AFTER FILLING OUT REV 7/00



**WILL COUNTY ADULT DETENTION FACILITY**
**95 SOUTH CHICAGO STREET**
**JOLIET, ILLINOIS 60436**

**TO:** Mr. Paul Smith (2007-3637)
**FROM:** Deputy Chief J. Nudera (Operations/Security)
**SUBJECT:** Decision on Appeal of Grievance #2008-64
**DATE:** February 07, 2008

**Issue:** You are alleging an unfair placement in Administrative Segregation.

**Decision:** Your placement in Administrative Segregation was based on the fact that you were found guilty in a Disciplinary Hearing on 01/21/08 of biting another inmate. This bite caused significant injury and required medical treatment. Your placement in Administrative Segregation for this is reasonable and just. You will receive periodic status reviews. If you continue to demonstrate compliance to Facility rules, you may be eligible for removal from Administrative Segregation and reclassified.

This issue is administratively closed.

**CC: Sgt. R. Martin (Classification Unit)**
**Inmate's Classification File**