**FILED**

**22nd March 08**

MAR 26 2008

Mar 26, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom It May Concern:

08C1139

    This is also a follow up letter to inform this court that, the **Will County Adult Detention Facility** is continuing to violated their own rules and regulations. On March 12, 2008, an inmate named Sergio Caballero was released from administrative segregation. **Be Advised!**, Mr Cabellero was sent to disciplinary segregation 18 days ago do to a physical altercation with another inmate. Upon his release from disciplinary segregation, was transferred to administrative segregation. The reason why I'm bringing this particular matter to the attention of this court, is to show that, the favortism Warden Michael O'Leary and his staff are showing towards some inmates in segregation status. Also be advised, another inmate by the name of Martin Devalois was released from admin. segregation. Upon Sgt. Roy Martin being in D-Pod for disciplinary hearings, inmate Devalois asked Sgt. Martin if he could speak to him. Upon Mr. Devalois speaking to Sgt. Martin, explained to him that he wanted to get out of administrative segregation. Sgt. Martin stated to inmate Devalois that," I don't want you back there in administrative segregation anyway, there are a bunch of assholes back there." The next night, Mr. Devalois was released from administrative segregation. When myself and another inmate named Corrie Wallace who is also in administrative segregation asked to spek to Sgt. Martin, he declined. After inmate Devalois was finished speaking to the Sergeant, he explained to myself and inmate Wallace that, Sgt. Martin only did that because I'm white. Myself and inmate Corrie Wallace are black. When I inquired into the Sergio Caballero matter via request to Sgt. Roy Martin, he has failed to respond to my request. Inmate Martin Devalois is willing to come forth by a sworn affidavit and attest to what the conversation he and Sgt. Martin had and also what was said.

Respectfully Submitted:

*Paul A. Smith*

Paul A. Smith
Cimis # 06-3637
95 South Chicago St.
Joliet, Illinois 60436

**GENERAL POPULATION:** Inmates willing to cooperate with staff, who follow the rules and demonstrate proper behavior will be housed in general population. You will be allowed full privileges and the use of the pod's facilities.

**PROTECTIVE CUSTODY:** Inmates who for any reason need housing away from other inmates. You will receive most privileges.

**MAXIMUM SECURITY:** Inmates who are not suited for general housing because of former behavior problems, security risks, or escape risks. These inmates are given most privileges. Their movement and activities are more closely watched.

**ADMINISTRATIVE SEGREGATION:** Inmates who have behavior problems or are not suited for general housing. These inmates are given some privileges and are confined to their cells twenty-one (21) hours a day. They are evaluated every thirty (30) days for possible reclassification. Their movement and activities are more closely watched.

**DISCIPINARY SEGREGATION:** Inmates who have violated rules. These inmates have limited or no privileges and are confined to their cells twenty-two and one half (22½) hours a day. A hearing board determines the amount of time spent in disciplinary segregation.

**NOTICE:** TO INSURE THE SAFETY AND SECURITY OF THE INMATES AND STAFF, THE WILL COUNTY ADULT DETENTION FACILITY HAS AN ALARM SYSTEM THAT IS SET OFF BY LOUD SOUNDS. THIS SYSTEM IS FOR DISTRESS CALLS AND SECURITY PURPOSES ONLY. WHEN A CERTAIN LEVEL IS REACHED THE MONITOR GOES ON AND THE OFFICERS LISTEN IN. *IF YOU SPEAK VERY LOUDLY IN YOUR CELL, THE OFFICER CAN HEAR YOUR VOICE AND EVERYTHING YOU SAY.*

**FIRE/EMERGENCY PROCEDURES**

If it becomes necessary to remove inmates from any area in the facility, the Pod Officer or Officer on duty will direct you.

- Do not take anything with you.
- Follow the Officer's instructions.
- Remain calm and quiet so everyone can leave safely.
- "Horseplay" will not be tolerated during emergencies or drills.
- Talking to other inmates while being escorted is prohibited.
- When an evacuation is necessary, it is important to proceed in an orderly manner with special attention being paid to safety.
- Inmates shall be kept from interfering and/or harassing fire department personnel while present in the Will County Adult Detention Facility.

The doors to each pod have been specially marked with a fire symbol and a direction symbol N (north) S (south). The Officer on duty will tell you how to exit the pod.

22nd March 08

To: U.S. District Court
    c/o Clerk's Office
    219 South Dearborn Street
    Chicago, Illinois 60604

                                                      Case No. 08 C 1139
                                                      **MAGISTRATE JUDGE COX**

                                                      Paul Anthony Smith
                                                                vs
                                                      Michael O'Leary

## CERTIFICATE OF SERVICE

I **Paul A. Smith** swear under penalty of perjury that I served a copy of the attached document on **22nd March 08** to the U.S. District Court c/o Clerk's Office, 219 South Dearborn Street Chicago, Illinois 60604, by placing it in the mail box at or before **4:00 p.m. Will County Adult Detention Facility**, 95 South Chicago Street Joliet, Illinois 60436.

**Be Advised!**, the instructions that was returned to me suggested that I send copies of documents to the attorney that the U.S. District Court assigned to me for my case. I have not yet recieved anymore information concerning any attorney's that will be assisting me with this civil matter. Please make a note accordingly so that this document will not be stricken and I also ask respectfully that this document be placed into my file.

                                                                       Very truly yours,

                                                                       *Paul A. Smith*

                                                                       Paul A. Smith
                                                                       Cimis # 06-3637
                                                                       95 South Chicago St.
                                                                       Joliet, Illinois 60436