22nd March 08

# FILED

MAR 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom It May Concern:

08 C 1139

    This letter is to inform this court that, Paul A. Smith have been assigned case # 08 C 1139 and my presiding **MAGISTRATE JUDGE COX** has been designated to handle my case. Just last week, one of the defendant's in my civil suit (Sgt. Roy Martin) sent me a respond as to reviews being done every week, but if you look in my civil packet, Deputy Chief Jerome Nudera, Will County Adult Detention Facility forwarded a letter head stating, reviews are done every (30) days. **Be Advised!**, the letter Sgt. Martin sent to me, I sent out to have copies made and all of a sudden, the letter disappeared without a trace. I have notified the main post office and the Chicago FBI about the continuous violation of federal laws with tampering with government mail. The FBI has informed me that, it's a policy of the Will County Adult Detention Facility to hold mail. I have also sent request to ADF Administrative Supervisor and Warden Michael O'Leary regarding this matter and they both have failed to respond to my request. The purpose of the letter addressed by Sgt. Roy Martin to the plaintiff in this matter is to show this court how ADF is continuing to contradict themselves regarding the rules and regulations that govern the jail. Also attached to this request is a copy of page (4) of the ADF rules and regulations handbook and it clearly states, reviews are done for administrative segregation inmates evert (30) days. In support of these contentions against ADF, I respectfully ask that, the Chicago FBI (Civil Division) be contacted regarding this matter and they will verify that I have made a complaint against the Will County Adult Detention Facility about my mail being tampered with. Please acknowledge upon recieving this letter that you forward a response back to the plaintiff so that I will know you have recieved this mail.

Very truly yours,

*Paul A. Smith*

Paul A. Smith
Cimis # 06-3637
95 South Chicago St.
Joliet, Illinois 60436