08 C 1139

**FILED**
APR 29 2008
Apr 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Change of Address

Clerks Office,

Be Advised, I have a Civil Case pending with this Court under 08 C 1139, Paul Anthony Smith v. Jerome Nudera. I am advising the Court that, I have been Transferred from the ~~Cook County~~ Jail to the Stateville Correctional Center. Please Forward all my mail from this Court to the Following Address.

Paul A. Smith # B64568
P.O. Box 112
Stateville C.C.
Joliet, Illinois
60434

N-III

*[signature]*
# B64568
Stateville C.C.