9 May 08

TO: Circuit Clerk of U.S. District Court
219 South Dearborn Street
Chicago, Illinois 60606

FILED
MAY 2 3 2008 MB
May 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Be Advised!

I have pending with this Court Case No. 08C1139 Paul Anthony Smith v. Jerome Nudera and the presiding judge is Amy St. Eve. This letter is to inform this Court of another address change from Stateville Correctional Center to Menard Correctional Center. Please forward all my mail from this Court to the following...

Paul Smith #B64568
P.O. Box 711
Menard Correctional Center
Menard, Illinois 62259

Thank You,

Paul Smith
Paul Smith
#B64568