UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| Paul Anthony Smith, <br><br>                              Plaintiffs, <br>   v. <br><br> Michael O'Leary (Warden), Jerome Nudera (Deputy Chief) and Roy Martin (Sergeant), <br><br>                              Defendants. | No.   08 C 1139 <br><br> Judge Amy St. Eve <br><br> Magistrate Judge Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**DEPUTY CHIEF JEROME NUDERA and SGT. ROY MARTIN**

| SIGNATURE |  |
|---|---|
| s/Daniel F. Gallagher |  |
| **FIRM** |  |
| Querrey & Harrow, Ltd. |  |
| **STREET ADDRESS** |  |
| 175 West Jackson Boulevard, Suite 1600 |  |
| **CITY/STATE/ZIP** |  |
| Chicago, IL 60604 |  |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 0905305 | **TELEPHONE NUMBER** <br> 312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES  X         NO** ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES              NO  X** ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES  X         NO** ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** <br> **YES  X       NO** ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** <br><br> **RETAINED COUNSEL                            APPOINTED COUNSEL** ||