UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of<br>Paul Anthony Smith,<br><br>                                  Plaintiffs,<br>     v.<br><br>Michael O'Leary (Warden), Jerome Nudera (Deputy Chief) and Roy Martin (Sergeant),<br><br>                                  Defendants. | Case<br><br>No. 08 C 1139<br><br>Judge Amy St. Eve<br><br>Magistrate Judge Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**DEPUTY CHIEF JEROME NUDERA and  SGT. ROY MARTIN**

| SIGNATURE<br><br>s/Paul A. O'Grady |
|---|
| **FIRM**<br><br>Querrey & Harrow, Ltd. |
| **STREET ADDRESS**<br><br>175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP**<br><br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6271373 | TELEPHONE NUMBER<br>312/540-7000 |
|---|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES            NO  X** ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES            NO  X** ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES            NO  X** ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES         NO  X** ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                              APPOINTED COUNSEL** ||