UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| Paul Anthony Smith, | No. 08 C 1139 |
| Plaintiffs, | |
| v. | Judge Amy St. Eve |
| Michael O'Leary (Warden), Jerome Nudera (Deputy Chief) and Roy Martin (Sergeant), | Magistrate Judge Cox |
| Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**DEPUTY CHIEF JEROME NUDERA and SGT. ROY MARTIN**

| **SIGNATURE** |  |
| --- | --- |
| s/Kevin M. Casey | |
| **FIRM** | |
| Querrey & Harrow, Ltd. | |
| **STREET ADDRESS** | |
| 175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 6282635 | 312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES         NO  X** | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES         NO  X** | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES         NO  X** | |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES     NO  X** | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** | |
| **RETAINED COUNSEL              APPOINTED COUNSEL** | |