UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL ANTHONY SMITH, | ) |
|            Plaintiff, | ) No. 08 C 1139 )  ) Judge Amy St. Eve |
| vs. | ) ) Magistrate Judge Cox |
| MICHAEL O'LEARY (Warden), Jerome Nudera (Deputy Chief) and ROY MARTIN (Sergeant), | ) ) ) |
|            Defendants. | ) |

### MOTION FOR AN EXTENSION

Now come the defendants, DEPUTY CHIEF JEROME NUDERA and SERGEANT ROY MARTIN, by and through their attorneys, QUERREY & HARROW, LTD., and moves this Honorable Court pursuant to F.R.C.P. 6(b) to extend the time for the defendants to file responsive pleadings. In support thereof, the defendants allege and state as follows:

1.  The plaintiff has filed a pro se complaint allegedly stemming from events that occurred while incarcerated at the Will County Adult Detention facility.

2.  This matter was set for a status hearing on June 2, 2008. At that time, this Court entered an order requiring the defendants to file responsive pleadings on or before June 16, 2008.

3.  I, David Flynn, one of the attorneys of record for the defendants was present at the status hearing and was confident that responsive pleadings could be filed on or before June 16, 2008.

4.  Recently, I obtained the file concerning the plaintiff's detention at the Will County Adult Detention facility. I have not had an opportunity to complete review of the

contents in order to file responsive pleadings. A short extension is requested to June 30, 2008. The defendants will be able to comply with other pending deadlines concerning Rule 26(a) disclosures and propounded written discovery. The plaintiff will not be prejudiced by a short extension.

WHEREFORE, the defendants, DEPUTY CHIEF JEROME NUDERA and SERGEANT ROY MARTIN pray that this Honorable Court grant them an extension on or before June 30, 2008 in which to file responsive pleadings.

Respectfully submitted,

QUERREY & HARROW, LTD.,


By: s/David J. Flynn
David J. Flynn


DAVID J. FLYNN
Querrey & Harrow, Ltd.,
175 W. Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312)540-7000