UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL ANTHONY SMITH, )<br><br>              Plaintiff, )<br><br>vs. )<br><br>MICHAEL O'LEARY (Warden), Jerome Nudera )<br>(Deputy Chief) and ROY MARTIN (Sergeant), )<br>                                                                  )<br>              Defendants. ) | ) No. 08 C 1139<br>)<br>) Judge Amy St. Eve<br>)<br>) Magistrate Judge Cox |

## NOTICE OF MOTION

TO:   Paul Smith #B64568
      Menard Correctional Center
      P.O. Box 711
      Menard, IL 62259

On **June 23, 2008 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Amy St. Eve or any Judge sitting in her stead, in Room 1241 or the courtroom usually occupied by her in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **DEFENDANTS MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for Defendant | Deputy Chief Nudera and Sergeant Martin |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

### PROOF OF SERVICE

I, David J. Flynn, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on June 16, 2008.

[x]   Under penalties as provided by law pursuant
      to ILL. REV. STAT CHAP. 110, SEC. 1-109,
      I certify that the statements set forth herein
      are true and correct.

                                                       s/David J. Flynn