50722-POG/FLY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL ANTHONY SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL O'LEARY (Warden), JEROME NUDERA (Deputy Chief) and ROY MARTIN (Sergeant),<br><br>    Defendants. | ) No. 08 C 1139<br>)<br>) Judge Amy St. Eve<br>)<br>) Magistrate Judge Cox<br>)<br>)<br>) |

### NOTICE OF FILING

To: Paul Anthony Smith #20060003637
   c/o Menard Correction Center
   711 Kaskaskia Street
   P.O. Box 711
   Menard, IL 62259

   PLEASE TAKE NOTICE THAT on June 30, 2008 we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Defendants' Answer and Affirmative Defense.

        Deputy Chief Jerome Nudera & Sergeant Roy Martin

        By: s/David J. Flynn
           David J. Flynn
           Querrey & Harrow, Ltd.
           175 W. Jackson Blvd., Suite 1600
           Chicago, IL 60604-2827
           (312)540-7000
           I.D. #6204228

### PROOF OF SERVICE

   I, David J. Flynn, depose and state that I served this Notice, together with the documents herein referred via e-filing to the above-named attorney(s) on June 30, 2008.

[x] Under penalties as provided by law pursuant
   To ILL. REV. STAT CHAP. 110, SEC. 1-109,
   I certify that the statements set forth herein are true and correct.

                      s/David J. Flynn