MHN

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF Illinois
### EASTERN DIVISION

# FILED

JUN 2 7 2008
6-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PAUL ANTHONY SMITH

        PLAINTIFF,

V.                     CASE NO. 1:08 cv 01139

                      HONORABLE AMY J. ST. EVE

JEROME NUDERA, ET AL.    [ 08 cv 1139 ]

        DEFENDANT.

## MOTION FOR COURT ORDERED Phone Call

    NOW COMES THE PLAINTIFF PAUL ANTHONY SMITH proSE, MOTION FOR COURT ORDERED Phone Call, AND MOVES THIS HONORABLE COURT TO GRANT THIS MOTION, WHERE IT IS ALLEGED AS Follows,,,

1. On 30 May, 2008, THE PLAINTIFF PAUL ANTHONY SMITH, proSE, WAS PLACED IN TEMPORARY CONFINEMENT.

2. UPON A ADJUSTMENT COMMITTEE HEARING, THE PLAINTIFF WAS GIVEN (2 MONTHS) C-GRADE.

3. THE PLAINTIFF HAS SOME LEGAL PAPER WORK THAT CONCERNS THIS CIVIL MATTER AND CANNOT COMPLETE

his LEGAL WORK REASON BEING...

A. Upon BEING TRANSFERRED FROM THE Will County
Adult DETENTION FACILITY TO THE ILLINOIS DEPARTMENT OF
CORRECTIONS, THE Will County STAFF (ERTS) TOOK AWAY MY
LEGAL MATERIAL AND TOLD ME MY LEGAL PROPERTY WOULD
CATCH UP TO ME.

B. INSTEAD OF THE WILL County SECURITY STAFF
FORWARDING MY LEGAL PROPERTY TO THE ILLINOIS DEPARTMENT
OF CORRECTIONS, MY LEGAL PROPERTY WAS PLACED IN MY PERSONAL
PROPERTY AT THE Will County Adult DETENTION FACILITY.

C. IT WASN'T UNTIL RECENTLY THAT, THE PLAINTIFF
LEARNED THAT HIS MOTHER PICKED UP ALL MY PROPERTY FROM
THE Will County Adult DETENTION FACILITY.

4. THE PURPOSE OF THE COURT ORDERED phone Call IS TO INSTRUCT
THE MENARD CORRECTIONAL CENTER TO GIVE ME A (15) MINUTE
phone Call SO THAT I MAY Explain WHERE TO SEND MY LEGAL
PROPERTY AND WHY I SO DESPERATELY NEED IT.

5. While In C-GRADE STATUS, INMATES ARE NOT AllOWED
TO USE THE phone. (DEPARTMENTAL Rule 504)

6. THE plaintiff HAS CERTAIN DEADLINES TO MEET AND
BEING THAT I'M A PRO SE. PLAINTIFF, WILL CERTAINLY
HAVE VARIOUS MOTION/PLEADINGS TO FILE WITH THIS
HONORABLE COURT.

WHEREFORE, THE PLAINTIFF PAUL ANTHONY SMITH
PRO SE. RESPECTfully ASK THIS HONORABLE COURT TO GRANT
IT'S MOTION FOR A COURT ORDERED PHONE CALL.

RESPECTfully
SUBMITTED,

PAUL ANTHONY SMITH
PRO SE. PLAINTIFF