UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 27 2008
6-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PAUL ANTHONY SMITH
    PLAINTIFF,

CASE NO. 1:08cv01139
HONORABLE AMY J. ST. EVE

V.

JEROME NUDERA, ET AL.
    DEFENDANT.

### NOTICE OF MOTION

TO: U.S. DISTRICT COURT, NORTHERN DISTRICT
    c/o PRISONER CORRESPONDENCE
    219 SOUTH DEARBORN STREET
    CHICAGO, ILLINOIS 60604

ON JUNE 30, 2008, THE PLAINTIFF PAUL ANTHONY SMITH AM FILING BEFORE THE HONORABLE JUDGE AMY J. ST. EVE OR ANY JUDGE PRESENT IN ROOM 1241 OR THE COURTROOM usually occupied by her IN THE U.S. DISTRICT COURTHOUSE, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION AT CHICAGO, 219 SOUTH DEARBORN STREET, CHICAGO, ILLINOIS 60604 AND MOVE THIS COURT IN ACCORDANCE WITH THE ATTACHED MOTION FOR COURT

ORDERED PHONE CALL.

NAME: Paul A. Smith, ID # B64568
ADDRESS: P.O. Box 711
CITY: MENARD, ILLINOIS 62259-0711

## PROOF OF SERVICE

I Paul A. Smith, pro Se, declares under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I mailed a copy of the enclosed "Motion For Court Ordered Phone Call" to the U.S. District Court, Northern District, Eastern Division c/o Clerk's Office 219 South Dearborn Street Chicago, Illinois 60604, by placing them in an envelope and placing the envelope in the Menard Correctional Center's Mailbox at P.O. Box 711 Menard, Illinois 62259 on June 20, 2008.

Paul A. Smith
Pro Se, Plaintiff
20 June 08