UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Paul Anthony Smith
                            Plaintiff,
v.                                                    Case No.: 1:08−cv−01139
                                                      Honorable Amy J. St. Eve
Jerome Nudera, et al.
                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve: Plaintiffs motion for a court ordered phone call is denied [27]. The court does not interfere with the day−to−day activities of a prison. The defendants shall forward a copy of their answer to plaintiff at his current location at the Menard Correctional Center. The court will consider resetting discovery deadlines at the next status hearing.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.