IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Paul Anthony Smith<br>PLAINTIFF,<br><br>-vs-<br><br><br>Jerome Nudera, at el.<br>DEFENDANT. | CASE NO. 1:08CV01139<br><br>JUDGE AMY ST. EVE<br><br>MAGISTRATE JUDGE COX |

## NOTICE OF MOTION

TO: United States District Court
c/o Clerk of the Court
219 South Dearborn Street
Chicago, Illinois 60604

**FILED**
JUL 7 2008
JUL 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE, ON 8 July 2008, I AM FILING BEFORE THE HONORABLE AMY J. ST. EVE OR ANY JUDGE SITTING IN HER PLACE, IN ROOM 1241 OR THE COURTROOM USUALLY OCCUPIED BY HER IN THE UNITED STATES DISTRICT COURTHOUSE, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION AT CHICAGO, 219 SOUTH DEARBORN STREET, CHICAGO, ILLINOIS AND SHALL THEN MOVE THE COURT IN ACCORDANCE WITH THE ATTACHED "MOTION FOR DISCOVERY."

By: /s/ Paul A. Smith
Paul A. Smith
Reg. No. B64568
P.O. Box 711
Menard, Illinois 62259

## PROOF OF SERVICE

I, Paul A. Smith, DECLARE UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. §1746 THAT I MAILED A COPY OF THE ENCLOSED MOTION FOR DISCOVERY TO THE UNITED STATES DISTRICT COURT, c/o CLERK'S OFFICE 219 SOUTH DEARBORN STREET CHICAGO, ILLINOIS BY PLACING IT IN AN ENVELOPE AND PLACING THE ENVELOPE IN THE MENARD CORRECTIONAL CENTER MAILBOX AT P.O. BOX 711 MENARD, ILLINOIS 62259.

/s/ Paul A. Smith
AFFIANT