**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Paul Anthony Smith
                    Plaintiff,

v.                                              Case No.: 1:08−cv−01139
                                                     Honorable Amy J. St. Eve

Jerome Nudera, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's motion for discovery [30] is denied without prejudice. On June 2, 2008, the Court already set certain discovery deadlines. The court noted that it would take up further discovery issues and set additional deadlines at the July 21 status hearing, assuming all parties have appeared in the case. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.