# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Paul Anthony Smith
                        Plaintiff,

v.                                                Case No.: 1:08−cv−01139
                                                      Honorable Amy J. St. Eve

Jerome Nudera, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/21/2008 and continued to 8/5/08 at 8:30 a.m. Defendants' attorney to make arrangements for plaintiff to appear via telephone for the next status hearing. Parties to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.