UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Paul Anthony Smith
                                      Plaintiff,

v.                                               Case No.: 1:08−cv−01139
                                              Honorable Amy J. St. Eve

Jerome Nudera, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/5/2008 and continued to 9/29/08 at 8:30 a.m. Defendant's counsel to make arrangements for plaintiff to appear via telephone for the next status hearing. Rule 26(a)(1) disclosures to be exchanged by 8/15/08. Fact discovery cutoff set for 11/3/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.