IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAUL ANTHONY SMITH
    PLAINTIFF, )
                 )
                 ) CASE No. 1:08cv1139
                 )
    -VS- )
                 ) JUDGE AMY ST. EVE
                 )
JEROME NUSERA, at el, ) MAGISTRATE JUDGE COX
    DEFENDANT )

## NOTICE OF MOTION

TO: U.S. DISTRICT COURT
    CLERK OF THE COURT
    219 SOUTH DEARBORN STREET
    CHICAGO, ILLINOIS 60604

**FILED**
LCW
AUG 14 2008
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

    PLEASE TAKE NOTICE, ON 15 AUG. 08, I SHALL FILE BEFORE THE HONORABLE JUDGE AMY ST. EVE OR ANY JUDGE SITTING IN HER PLACE, IN ROOM 1241 OR THE COURT ROOM USUALLY OCCUPIED BY HER IN THE U.S. DISTRICT COURT HOUSE, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION AT CHICAGO 219 SOUTH DEARBORN STREET CHICAGO, ILLINOIS, AND SHALL THEN MOVE THE COURT IN ACCORDANCE WITH THE ATTACHED MOTION TO AMEND COMPLAINT.

                 /s/ Paul A. Smith
                 PAUL A. SMITH
                 REG. No. B64568
                 P.O. BOX 711
                 MENARD, ILLINOIS 62259

## PROOF OF SERVICE

THE UNDERSIGNED CERTIFIES THAT A COPY OF THE
ATTACHED MOTION TO AMEND COMPLAINT WAS SERVED TO
CLERK OF THE U.S. DISTRICT COURT TO THE ABOVE CAUSE by
ENCLOSING THE SAME IN AN ENVELOPE ADDRESSED TO U.S.
DISTRICT COURTHOUSE, 219 SOUTH DEARBORN STREET,
CHICAGO, ILLINOIS 60604 WITH POSTAGE FULLY PREPAID,
AND by DEPOSITING SAID ENVELOPE IN THE MENARD
CORRECTIONAL CENTER MAILbox P.O. Box 711 MENARD,
ILLINOIS 62259.

/S/ Paul A. Smith

PAUL A. SMITH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

AUG 14 2008

AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PAUL ANTHONY SMITH )
      PLAINTIFF, ) CASE No. 1:08cv1139
            ) JUDGE AMY ST. EVE
            )
    -VS- )
            ) AMENDED COMPLAINT
            )
JEROME NUGRA, et el. ) JURY TRIAL DEMANDED
      DEFENDANT. )

## MOTION TO AMEND COMPLAINT

    NOW COMES THE PLAINTIFF PAUL A. SMITH
PRO SE., PURSUANT TO RULE 15(a) FED. R. CIV. P. AND
ASKS THIS HONORABLE COURT TO GRANT IT'S MOTION
WHEREOF, IT IS ALLEGED AS FOLLOWS,,,

## PRELIMINARY STATEMENT :

    THIS IS A CIVIL RIGHTS ACTION FILED by
PAUL A. SMITH, FOR DAMAGES AND INJUNCTIVE
RELIEF UNDER 42 U.S.C. § 1983, FOR CONFINEMENT
AND RETALIATION IN SEGREGATION AT THE WILL
COUNTY ADULT DETENTION FACILITY IN JOLIET, ILLINOIS
IN VIOLATION OF THE DUE PROCESS CLAUSE OF THE
FOURTEENTH AMENDMENT OF THE CONSTITUTION.

    1. THE PLAINTIFF, IN HIS ORIGINAL COMPLAINT NAMES

Sergeant Roy Martin and Deputy Chief Jerome Nubera as Defendants, these being officials at the Will County Adult Detention Facility.

2. The plaintiff Paul A. Smith, was incarcerated at the Will County Adult Detention Facility during the events described in this Amended Complaint.

3. The plaintiff upon being in Administrative Segregation, on April 1, 2008, was transferred to Disciplinary Segregation for allegedly, creating a Disturbance (Maj. 16), a Rule Infraction of ADF.

4. On April 4, 2008, a Disciplinary Hearing was conducted for incident DF 08-092-007, as described in Line (3) of this Amended Complaint. (See Attached Incident Report.)

5. Upon being present at the Disciplinary Hearing on April 4, 2008, the plaintiff noticed the Adjustment Committee consisted of Officer Weber, Officer Bohler and Sergeant Roy Martin, a Defendant named in plaintiff's Original Civil Rights Complaint.

6. Upon the Adjustment Committee Hearing on April 4, 2008, the plaintiff Refused to go forth with

THE HEARING FOR THE FOLLOWING REASONS...

A.) OFFICER BOHLER, A OFFICER PRESENT ON THE ADJUSTMENT COMMITTEE, HAS WRITTEN THE PLAINTIFF A DISCIPLINARY TICKET ON MARCH 28, 2008 FOR ALLEGELY POUNDING ON CELL DOOR, WHERE PLAINTIFF RECIEVED 1 HOUR OF LOCKDOWN TIME IN HIS CELL. (SEE ATTACHED REPORT by OFFICER W. BOHLER, DATED 03/28/08). THE PLAINTIFF STATED TO SERGEANT ROY MARTIN THAT, THE HEARING WOULD BE BIAS AND PREJUDICIAL WITH OFFICER BOHLER BEING A MEMBER OF THIS ADJUSTMENT COMMITTEE HEARING.

B.) THE PLAINTIFF ALSO EXPLAINED TO SERGEANT ROY MARTIN THAT, THIS ADJUSTMENT COMMITTEE HEARING WOULD ALSO BE BIAS AND PREJUDICIAL WITH HIM BEING A MEMBER OF IT'S COMMITTEE, BECAUSE PLAINTIFF HAS PENDING A CIVIL COMPLAINT AGAINST HIM IN FEDERAL COURT.

C.) UPON DEFENDANT ROY MARTIN SEEING PLAINTIFF WAS NOT COOPERATING WITH THE ADJUSTMENT COMMITTEE HEARING, LAUGHED AND MOCKED PLAINTIFF, ORDERED PLAINTIFF TO LOCKDOWN, AND SLAMMED THE OFFICE DOOR IN PLAINTIFF'S FACE.

7. AFTER THE HEARING, THE PLAINTIFF RECIEVED A WRITTEN DISPOSITION IN THE MAIL SIGNED by OFFICERS WEBER, BOHLER, AND DEFENDANT SERGEANT ROY MARTIN STATING, GUILTY AS CHARGED DO TO MY DENIAL TO PARTICIPATE IN THE DISCIPLINARY HEARING ON April 4, 2008 AND

plaintiff was sentenced to (20) Days in Disciplinary
Segregation. (See Attached Disciplinary Hearing
Summary, Dated April 4, 2008)

8. Pursuant to the policies and procedures that
Govern the Will County Adult Detention Facility, the
plaintiff Files a Administrative Appeal to Deputy
Chief Jerome Nudera, also a Defendant named in
plaintiff's original Civil Rights Complaint, pointing
out that, Sergeant Roy Martin has Continued to Abuse
his Authority as a Correctional Sergeant and that I
was Treated unjust and unfair at the Disciplinary
Hearing had on April 4, 2008. (See Attached Appeal)

9. Deputy Chief Jerome Nudera Responded to the
Appeal stating, "Upon Arrival, as the Hearing began, you
loudly declared it unfair and threatened Litigation.
Thus, you were unwilling to participate in the Hearing
or Explain your version of the Disciplinary Incident.
The Disciplinary Hearing Board's Decision was Reasonable
based on your behavior and unwillingness to Cooperate."
"This issue is Administratively closed." (See Attached
Appeal From Deputy Chief Jerome Nudera Dated April 16,
2008)

10. The plaintiff has attempted to Reach Warden

Micheal O'Leary by Grievance about the Continued Mis-
Conduct and unprofessionalism from Defendants Roy Martin
and Jerome Nudera, and he was also unresponsive to
Plaintiff's Complaint. (See Attached Grievance to
Warden Michael O'Leary)

11. The Plaintiff Contends, Sergeant Roy Martin
and Deputy Chief Jerome Nudera acted intentionally
and purposefully to Deprive the Plaintiff of his
Rights to a Fair and Impartial Disciplinary proceeding.

12. Defendants Roy Martin and Jerome Nudera
carried out lawful activities with unnecessary harsh-
ness, and abused their official powers and took unfair
advantage of the Plaintiff.

13. The Plaintiff Contends that, the Actions of
Defendant Jerome Nudera in Refusing to Intervene the
Plaintiffs Disciplinary Conviction on April 4, 2008,
Despite his Knowledge of the Above Described Due
Process violation, Constituted Deliberate Indifference
and Further Denied the Plaintiff the Due Process of
Law in violation of the Fourteenth Amendment of
the Constitution.

14. The Plaintiff also Contends that, in order to

satisfy the due process clause of the Fourteenth Amendment, a due process hearing is required. Instead, the Adjustment Committee Led by Sergeant Roy Martin, took it upon themselves to find the plaintiff Guilty on April 4, 2008 and Sentenced plaintiff to (20) Days In Disciplinary Segregation after plaintiff explained before hand why I wouldn't comply with the hearing.

15. In Mitchell v. Dupnik, 75 F. 3d 517, the Court noted, "A due process hearing helps to ensure that Disciplinary punishment is what it purports to be, rather than punishment in advance of conviction for the Crime that led to detention." The plaintiff believes the Disciplinary Hearing on April 4, 2008 was suppose to be deferred or postponed because, with officer Buhler and Sergeant Roy Martin being members of the Adjustment Committee, made the hearing bias and prejudicial against plaintiff.

16. The plaintiff Contends that, Defendants Roy Martin and Jerome Nudera were driven by Evil Motive and intent and also, because it involved a Reckless or Callous indifference to the Constitutional Right to the plaintiff. After being fully aware that a Complaint were already Filed against them,

DEFENDANTS, SERGEANT Roy MARTIN AND Deputy Chief JEROME NUDERA WERE PART OF A PREJUDICIAL HEARING THAT DENIED PLAINTIFF THE DUE PROCESS REQUIRED.

RELIEF:

17. THE PLAINTIFF REQUESTS he be AWARDED COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNT, "
   A.) $90,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS Roy MARTIN AND JEROME NUDERA.

18. THE PLAINTIFF REQUESTS he be AWARDED PUNITIVE DAMAGES IN THE AMOUNT OF $110,000 EACH AGAINST DEFENDANTS Roy MARTIN AND JEROME NUDERA FOR THE EMBARRASSMENT, HUMILIATION OR MORTIFICATION, PUNISHMENT, EMOTIONAL INJURY AND MENTAL ANGUISH RESULTING FROM THEIR DENIAL OF DUE PROCESS IN CONNECTION WITH PLAINTIFF'S DISCIPLINARY PROCEEDINGS.

19. THE PLAINTIFF ALSO STRENUOUSLY REQUESTS FOR THE RESIGNATIONS OF BOTH DEFENDANTS, Roy MARTIN AND JEROME NUDERA FROM THEIR OFFICIAL DUTIES.

WHEREFORE, PLAINTIFF PAUL A. SMITH
PRO SE. RESPECTFULLY ASKS THIS COURT TO GRANT IT'S
MOTION.


RESPECTFULLY:

/S/ _Paul Smith_

PAUL A. SMITH
REG. No. B6 45 68
P.O. Box 711
MENARD, ILLINOIS 62259

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

2008-00207

NAME: _____ _____   CIMIS: 3637 DATE: 4-4-08 POD: ___ CELL: ___
     (Last,    First,    M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
   ( ) REQUEST FOR TENDER STATUS
   ( ) REQUEST FOR RECLASSIFICATION
   ( ) REQUEST TO SEE CLASSIFICATION OFFICER
   ( ) PROBLEMS WITH OTHER INMATES
   (X) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
   ( ) REQUEST FOR INFORMATION
     ( ) COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
   ( ) VISITING LIST CHANGE   ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(X) COMPLAINT ABOUT TREATMENT / GRIEVANCES
   ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER

APPEAL OF DECISION OF DISCIPLINARY HEARING BOARD.

FORWARDED TO DEPUTY CHIEF J. NUDERA
4/7/08   1433

AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:

On the above date, I filed a grievance against Sgt. Martey for denying the violation of the Illinois Jail Standards Act. On the above date, I denied my hearing because of the prejudice Sgt. Martey has shown towards me. Also I explained to Sgt. Martey that I had already submitted a request him and that he used to show prejudice and he has always held me accountable. The result of this hearing I was found the result, I say the hearing and was still found guilty and that was 20 days. For hearings that I would pleaded guilty or not guilty to. Sgt. Martey claims that I was unwilling to discuss the incident like a reasonable person when I explained that officer Bohler and himself were bias against me. This is a clear violation.

INMATES SIGNATURE: _____   CIMIS NUMBER: 3637

***STAFF RESPONSE***

_____
_____
_____
_____
_____
_____

| | #: | DATE: |
|---|---|---|
| POD OFFICER/ STAFF SIGNATURE: | 1802 | 4-8-08 |
| SERGEANT/ AREA SUPERVISOR SIGNATURE: | | |
| LIEUTENANT/ WATCH COMMANDER SIGNATURE: | | |
| WARDEN/ DEPUTY CHIEF SIGNATURE: | | |

WHITE—SEND TO CLASSIFICATION   YELLOW—RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

WILL COUNTY ADULT DETENTION FACILITY
INMATE REQUEST FORM 22

NAME: _____ CIMIS: _____ DATE: _____ POD: ___ CELL: ___
         (Last,      First,      M.I.)

***INSTRUCTIONS***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE, FILL OUT THE NARRATIVE SECTION
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT **ONLY ONE (1) REQUEST** PER FORM
(5) SUBMIT THE WHITE AND YELLOW COPY OF THE REQUEST FORM, KEEP THE PINK COPY

( ) CLASSIFICATION SECTION
    ( ) REQUEST FOR TENDER STATUS
    ( ) REQUEST FOR RECLASSIFICATION
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER
        ( ) PROBLEMS WITH OTHER INMATES
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) ADMINISTRATIVE SECTION
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE    ( ) WRITS    ( ) HOLDS    ( ) MAIL    ( ) TRUST ACCOUNT
    ( ) VISITING LIST CHANGE    ( ) REQUEST SPECIAL VISIT
( ) LAUNDRY
( ) PROPERTY
( ) FOOD SERVICE SECTION
( ) COMMISSARY SECTION
(✓) COMPLAINT ABOUT TREATMENT / GRIEVANCES
    ( ) APPEAL OF GRIEVANCE
( ) REQUEST TO GO TO LAW LIBRARY
( ) OTHER
AREA BELOW NARRATIVE FOR ABOVE REQUEST - USE SPACE BELOW AND ATTACH PAPER IF NECESSARY:
_____
_____
_____
_____
_____
_____
_____
_____
INMATES SIGNATURE: _____ CIMIS NUMBER: _____

***STAFF RESPONSE*** _____
_____
_____
_____
_____
_____
_____

POD OFFICER/ STAFF SIGNATURE: _____ #: _____ DATE: _____
SERGEANT/ AREA SUPERVISOR SIGNATURE: _____ #: _____ DATE: _____
LIEUTENANT/ WATCH COMMANDER SIGNATURE: _____ #: _____ DATE: _____
WARDEN/ DEPUTY CHIEF SIGNATURE: _____ #: _____ DATE: _____
   WHITE—SEND TO CLASSIFICATION   YELLOW—RETURN TO INMATE   PINK—INMATE RETAINS AFTER FILLING OUT   REV 7/00

FORM 94

## WILL COUNTY ADULT DETENTION FACILITY NOTIFICATION
## OF RULE VIOLATION AND/OR REPORT FOR MULTIPLE OFFENDERS

REPORT # _DF 08 092-007_

DATE/TIME OF INCIDENT _7_ - _1_ - _08_ / _7:52_ (am)(pm)     ( ) REPORT ONLY

LOCATION OF INCIDENT: Pod _V_ D.R. _3_ Cell _28_ Other _CELL 32_

1) INMATES NAME: _WALLACE, CORRIE_ CIMIS # _06-1822_
   VIOLATIONS ISSUED:
   (1) _MAJ-16_ - _CREATING A DISTURBANCE_
   (2) _____ - _____
   (3) _____ - _____
   (4) _____ - _____
   (5) _____ - _____
   ACTION TAKEN:
   ( ) LOCKDOWN - Number of Hours_____ ( ) Not Entitled to a Hearing
   ( ) LOSS OF PRIVILEGE(S)_____
   (X) TRANSFER TO ADMIN. SEG. STATUS PENDING DISCIPLINARY HEARING
       HEARING DATE_____TIME_____LOCATION_____

   INMATE SIGNATURE_____ (X) INMATE REFUSED TO SIGN

2) INMATES NAME: ██████████████████████████████
   VIOLATIONS ISSUED:
   (1) _MAJ-16_ - _CREATING A DISTURBANCE_
   (2) _____ - _____
   (3) _____ - _____
   (4) _____ - _____
   (5) _____ - _____
   ACTION TAKEN:
   ( ) LOCKDOWN - Number of Hours_____ ( ) Not Entitled to a Hearing
   ( ) LOSS OF PRIVILEGE(S)_____
   (X) TRANSFER TO ADMIN. SEG. STATUS PENDING DISCIPLINARY HEARING
       HEARING DATE_____TIME_____LOCATION_____

   INMATE SIGNATURE_____ (X) INMATE REFUSED TO SIGN

3) INMATES NAME:_____CIMIS #_____
   VIOLATIONS ISSUED:
   (1) _____ - _____
   (2) _____ - _____
   (3) _____ - _____
   (4) _____ - _____
   (5) _____ - _____
   ACTION TAKEN:
   ( ) LOCKDOWN - Number of Hours_____ ( ) Not Entitled to a Hearing
   ( ) LOSS OF PRIVILEGE(S)_____
   ( ) TRANSFER TO ADMIN. SEG. STATUS PENDING DISCIPLINARY HEARING
       HEARING DATE_____TIME_____LOCATION_____

   INMATE SIGNATURE_____ ( ) INMATE REFUSED TO SIGN

OFFICERS SIGNATURE _F. VALDES_ I.D.# _1865_ DATE _4-1-08_

APPROVED BY _Sgt. Sicula_ I.D.# _1413_ DATE _04-02-08_

WHITE-Classification:   YELLOW-Administration:   PINK-Inmate:      4/98

QH 000263

FORM # 89

## WILL COUNTY ADULT DETENTION FACILITY
## NOTIFICATION OF RULE VIOLATION CONTINUATION
## AND/OR FOLLOW UP REPORT

| REPORT # | TYPE OF REPORT | PAGE # | NAME: PAUL, SMITH | DATE: |
|---|---|---|---|---|
| DF08-092 007 | MULTI INMATES | 2 | WALLACE, CORRIE | 4-1-08 |

ON 4-1-08 I CO. VALDES AND CO REGAL WERE ASSIGNED TO D-POD FOR THE 3P-11P SHIFT. AT APPROX 7:52 WHILE ON A SECURITY CHECK INMATES WALLACE, CORRIE 06-1822 CELL 28 AND SMITH, PAUL 06-3637 CELL 32 ASKED IF THEY WERE GETTING ANOTHER TIME OUT. I TOLD THEM NO BECAUSE THE LOG BOOK SHOWS THAT THEY ALREADY HAD THEIR TIME-OUT. AS I LEFT THE DAYROOM BOTH INMATES BEGAN POUNDING ON THEIR CELL DOORS. (MAJ-16) I ORDERED BOTH INMATES TO STOP HITTING THEIR DOORS. BOTH INMATES CONTINUED TO POUND ON THEIR DOORS. I INFORMED THE HOUSING SGT OF THE SITUATION. AT APPROX 9:20 PM SGT. CHESTER ALONG WITH ERT'S OLINO, DEMASI, ALVARADO, PERILLO AND BROOKS MOVED BOTH WALLACE AND SMITH TO DAYROOM 1 CELL 2. BOTH INMATES ARE NOW ON ADMINISTRATION SEGRAGATION STATUS PENDING A DISCIPLINARY HEARING. THEIR PROPERTY WAS BAGGED UP BY MYSELF CO. VALDES AND TAKEN TO PROPERTY. THEIR HOUSING ASSIGNMENT WERE UPDATED IN THE CIMIS COMPUTER BY ERT DEMASI.

OFFICERS SIGNATURE _F. VALDES_    I.D.# _1865_    DATE _4-1-08_

APPROVED BY _Sgt. Sicinski_    I.D.# _1417_    DATE _04-02-08_

WHITE-CLASSIFICATION: YELLOW-ADMINISTRATION: PINK_INMATE: FORM #XX 7/97

QH 000264



# WILL COUNTY ADULT DETENTION FACILITY
## 95 SOUTH CHICAGO STREET
## JOLIET, ILLINOIS 60436

**TO:**        Mr. Paul Smith (2006-3637)
**FROM:**      Deputy Chief J. Nudera (Operations/Security)
**SUBJECT:**   Appeal of decision of the Disciplinary Hearing Board
**DATE:**      April 16, 2008

**Issue:**      You are appealing the decision of the Disciplinary Hearing Board.

**Decision:**   On April 4, 2008, a Disciplinary Hearing was conducted for incident DF08-092-007. Upon arrival, as the Hearing began, you loudly declared it unfair and threatened litigation. Thus, you were unwilling to participate in the Hearing or explain your version of the disciplinary incident. The Disciplinary Hearing Board's decision was reasonable based on your behavior and unwillingness to cooperate.

This issue is administratively closed.

**CC:**   Sgt. R. Martin (Classification Unit)
Inmate's Classification File

RECEIVED

MAR 3 0 2008   FORM 23

WILL COUNTY ADULT DETENTION FACILITY
NOTIFICATION OF RULE VIOLATION AND/OR REPORT

DATE: 3/28/8

REPORT #_____

INMATES NAME: Smith, Paul          CIMIS # 6-3637

DATE & TIME OF INCIDENT: 3-28-8 / 1205 (am) (pm)      ( ) REPORT ONLY

LOCATION OF INCIDENT: Pod D D.R._____ cell 32 other_____

VIOLATIONS ISSUED:

(1)_____ - _____

(2) Min 14 - Pounding on Cell Door

(3)_____ - _____

(4)_____ - _____

(5)_____ - _____

(6)_____ - _____

(7)_____ - _____

(8)_____ - _____

REPORT OF INCIDENT: At the above date and time
Inmate Smith was Kicking his cell
Door. inmate is on stage I and w/l
Receive a 1 Hour for the Violation

ACTION TAKEN:
( X ) LOCKDOWN - NUMBER OF HOURS___1___      ( ) NOT ENTITLED TO A HEARING
( ) LOSS OF PRIVILEGE(S)_____
( ) TRANSFER TO ADMIN. SEG. STATUS PENDING DISCIPLINARY HEARING
      HEARING SCHEDULED FOR: DATE_____ TIME_____ LOCATION_____
( ) REQUEST FOR LOSS OF GOOD TIME CREDIT WHILE ON DISCIPLINE STATUS.

( ) INMATE REFUSED TO SIGN

INMATE SIGNATURE_____          I.D.# 165  DATE 3/28/8

OFFICERS SIGNATURE_____          I.D.# 387  DATE 3/28/08

APPROVED BY_____

WHITE-CLASSIFICATION:   YELLOW-ADMINISTRATION:   PINK-INMATE:   REV 4/98

QH 000

D2

# WILL COUNTY ADULT DETENTION FACILITY

## DISCIPLINARY HEARINGS 2008

| I. D. # | 2214 | Last Name | SMITH | | First Name | PAUL | | M. I. | |
|---|---|---|---|---|---|---|---|---|---|
| C.I.M.I.S. # | 2006-3637 | Date of Violation | | 01-Apr-08 | Date of Hearing | | | 04-Apr-08 | |
| Sentence | 20 Days | Release Date W GT | | 11-Apr-08 | Release Date W/out GT | | | 21-Apr-08 | |
| | | | | | | | | Verdict | |
| Charge | | | | | | | | GUILTY | |
| MAJ 16 | Creating A Disturbance | | | | | | | | |

**Comments**

Before the Disciplinary Hearing Board could begin the hearing, Inmate Smith inappropriately and loudly declared it unfair & threatened the Staff with litigation.

Because Inmate Smith was unwilling to discuss the incident like a reasonable person, the Disciplinary Hearing Board has no other choice than to find him guilty as charged.

Inmate Smith will return to Administrative Segregation upon successful completion of this sentence to Disciplinary Segregation.

N38

| Date | 04-Apr-08 | Sergeant R. MARTIN | | Hearing Board | Sgt Martin, Dep Bohler, Dep Weber |
|---|---|---|---|---|---|

04/07/08

QH 0