UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL ANTHONY SMITH<br>    PLAINTIFF, | CASE No. 1:08cv1139 |
| vs. | JUDGE AMY ST. EVE |
| JEROME NUDERA, et al.<br>    DEFENDANT. | MAGISTRATE JUDGE COX |

FILED
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: U.S. DISTRICT COURT
CLERK OF THE COURT
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

PLEASE TAKE NOTICE, ON 12 AUG. 08, I shall FILE before THE HONORABLE JUDGE AMY ST. EVE OR ANY JUDGE SITTING IN HER PLACE, IN ROOM 1241 OR THE COURT ROOM USUALLY OCCUPIED BY HER IN THE U.S. DISTRICT COURT HOUSE, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, AT CHICAGO 219 SOUTH DEARBORN STREET CHICAGO, ILLINOIS, AND SHALL THEN MOVE THE COURT IN ACCORDANCE WITH THE ATTACHED "DISCLOSURE TO THE ACCUSED".

/s/ Paul A. Smith
PAUL A. SMITH
REG. No. B64568
P.O. BOX 711
MENARD, ILLINOIS 62259

## CERTIFICATE OF SERVICE

I, PAUL ANTHONY SMITH, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON U.S. DISTRICT COURT, CLERKS OFFICE, 219 SOUTH DEARBORN STREET CHICAGO, ILLINOIS, BY PLACING IT IN THE MAIL AT THE MENARD CORRECTIONAL CENTER.

Paul A. Smith
PAUL A. SMITH