UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Paul Anthony Smith
PLAINTIFF,

vs.

JEROME NUDERA
DEFENDANT.

CASE No. 1:08cv1139

JUDGE Amy St. Eve

MAGISTRATE JUDGE COX

NOTICE OF MOTION

FILED
AUG 18 2008
AUG 1 8 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: U.S. DISTRICT COURT
CLERK OF THE COURT
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

PLEASE TAKE NOTICE, ON 10 AUG. 08, I Shall FILE before THE Honorable Judge Amy St. Eve or Any Judge sitting in her place, in Room 1241 or the Court Room usually occupied by her in the U.S. DISTRICT COURT HOUSE, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION AT Chicago 219 South Dearborn Street Chicago, Illinois, and shall then Move the Court in Accordance with the Attached "Disclosure to the Accused."

/s/ [signature]
Paul A. Smith
Reg. No. B64568
P.O. Box 711
Menard, Illinois 62259

CERTIFICATE OF SERVICE

I, Paul Anthony Smith, swear under penalty of perjury that I served a Copy of the attached Document on U.S. District Court, Clerk's Office, 219 South Dearborn Street Chicago, Illinois, by placing it in the Mail at the Menard Correctional Center, On 10 Aug. 08

[signature]
Paul A. Smith

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAUL ANTHONY SMITH, PLAINTIFF,

VS.

JEROME NUDERA, et el. DEFENDANT.

CASE No. 1:08cv1139

JUDGE AMY ST. EVE

MAGISTRATE JUDGE COX

FILED

AUG 1 8 2008 MM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DISCLOSURE TO THE ACCUSED

NOW COMES THE PLAINTIFF PAUL ANTHONY SMITH PRO SE., IN RESPONSE TO DEFENDANTS FIRST SET OF INTERROGATORIES, PURSUANT TO THE PROVISIONS OF RULE 33 FED. R. CIV. P. AND ANSWERS THE FOLLOWING:

DEFINITIONS AND INSTRUCTIONS:

1. PLAINTIFF PAUL A. SMITH CONTENDS THAT, HE IS NOT REPRESENTED BY COUNSEL OR BEING ADVISED IN THIS CIVIL MATTER AS STATED IN LINES A AND B OF DEFENDANTS MOTION OF, FIRST SET OF INTERROGARIES TO PLAINTIFF.

2. IN LINE (C) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, WILL (OBJECT) TO THE DEFINITIONS AND INSTRUCTIONS LISTED WITHIN. THE BASIS FOR THE OBJECTION IS, IT HAS NO RELEVANCE TO THE CASE AT HAND.

3. IN LINE (H) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, WILL (OBJECT) TO THE DEFINITIONS AND INSTRUCTIONS LISTED WITHIN, THE BASIS FOR THE OBJECTION IS, IT HAS NO RELEVANCE TO THE CASE AT HAND.

4. IN LINE (1) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, HAS SUBMITTED (3) SEPERATE AFFIDAVITS, BY CORRIE WALLACE (WILL COUNTY ADULT DETENTION FACILITY) 95 SOUTH CHICAGO STREET JOLIET, ILLINOIS, WILLIE ALEXANDER (WILL COUNTY ADULT DETENTION FACILITY) 95 SOUTH CHICAGO STREET JOLIET, ILLINOIS AND CHRIS GUNN (WILL COUNTY ADULT DETENTION FACILITY) 95 SOUTH CHICAGO STREET JOLIET, ILLINOIS. (SEE PLAINTIFFS MOTION, DISCLOSURE TO THE ACCUSED)

5. IN LINES 2 AND 3 OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, HAS SUBMITTED (3) AFFIDAVITS. PLAINTIFF HAS ALSO SUBMITTED A RESPONSE LETTER BY ILLINOIS ATTORNEY GENERAL ABOUT COMPLAINTS AGAINST THE STAFF AT THE WILL COUNTY ADULT DETENTION FACILITY. (SEE LINE 4 OF THIS MOTION)

6. IN LINE (4) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, IN 2002, WAS CHARGED AND CONVICTED OF A RESIDENTIAL BURGULARY OUT OF COOK COUNTY, ILLINOIS (MAYBROOK BRANCH COURT). PLAINTIFF DOES NOT RECALL THE EXACT DATE. ON OCTOBER 17, 2006 AND NOVEMBER 29, 2007, OUT OF WILL COUNTY, ILLINOIS, PLAINTIFF WAS CONVICTED OF ARMED HABITUAL CRIMINAL AND AGGRAVATED BATTERY WITH A FIREARM, BOTH A CLASS X FELONY.

7. IN LINE (5) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES, PLAINTIFF PAUL A. SMITH HAS NEVER FILED ANY OTHER SUIT OR HAS BEEN NAMED A DEFENDANT IN ANY SUIT PRIOR TO THIS CIVIL COMPLAINT.

8. IN LINE (6) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, IN RESPONSE, SEE LINE (6) OF THIS MOTION.

9. IN LINE (7) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, WILL (OBJECT). AS FOR THE BASIS OF THIS OBJECTION IS, DEFENDANTS HAVE NOT MADE IT CLEAR EXACTLY WHAT THEY MEAN.

10. IN LINE (8) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, TO ANSWER SUBPARTS A AND B, SEE PLAINTIFF'S MASTERFILE AT THE WILL COUNTY ADULT DETENTION FACILITY AND/OR DEFENDANTS MOTION FOR PRODUCTION OF DOCUMENTS THAT WERE SURRENDERED TO PLAINTIFF, FILED BY DEFENDANTS ATTORNEYS (QUERREY AND HARROW LTD.)

11. IN LINE (9) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, TO ANSWER SUBPARTS A THROUGH C, E AND F, SEE ORIGINAL CIVIL COMPLAINT, AMENDED COMPLAINT MOTION FOR PRODUCTION OF DOCUMENTS FILED BY DEFENDANTS ATTORNEYS (QUERREY & HARROW LTD.) THAT WERE SURRENDERED TO PLAINTIFF.

12. IN LINE (10) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, TO ANSWER THE QUESTION WITHIN, SEE PLAINTIFF'S AMENDED COMPLAINT, LINE 18.

13. IN LINE (11) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, PLAINTIFF HAS NOT BEEN TREATED TO ANY IMPATIENT OR OUT PATIENT CARE RESULTING FROM EMOTIONAL INJURY, PUNISHMENT AND MENTAL ANGUISH AS STIPULATED IN LINE 18 OF PLAINTIFF'S AMENDED COMPLAINT.

14. IN LINE (12) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, PLAINTIFF HAS CONTINUED HIS CIVIL MATTER THROUGH HIS AMENDED COMPLAINT. (SEE AMENDED COMPLAINT)

15. IN LINE (13) OF INDIVIDUAL DEFENDANTS FIRST SET OF INTERROGATORIES TO PLAINTIFF PAUL A. SMITH, PLAINTIFF'S AMENDED COMPLAINT IS PENDING WITH THE U.S. DISTRICT COURT OF

NORTHERN, [illegible] EASTERN DIVISION, IN [illegible] Honorable Amy St. Eve, in Room 1241 or where she usually presides.

/S/ Paul A. Smith

Paul A. Smith
Pro Se. Plaintiff



OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

February 25, 2008

Mr. Paul Smith
CIMIS # 06-3637
Will County Adult Detention Facility
95 South Chicago Street
Joliet, IL 60436

REF NR: 08 - 87016

Dear Mr. Smith:

Thank you for your correspondence to Attorney General Lisa Madigan. The Attorney General asked that I acknowledge receipt of your letter and respond on her behalf.

After reviewing your circumstances, it would appear that the issues you raise should be addressed by the Will County Adult Detention Facility. Therefore, I have taken the liberty of forwarding a copy of your letter to the director of the Will County Adult Detention Facility. I am confident that Sheriff Paul Kaupas will handle this matter accordingly.

Again, thank you for writing.

Sincerely,

Erin Ruebbelke
Public Affairs Officer

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416