# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | AMY J. ST. EVE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1139 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Paul Anthony Smith (B-64568) v. Jerome Nudera | | |

**DOCKET ENTRY TEXT:**

Plaintiff Paul Anthony Smith's motion to file an amended complaint [35] is denied and his amended complaint is stricken. Plaintiff may file an amended complaint, if necessary, in accordance with this order. The clerk shall send an amended complaint form to Plaintiff.

■ [**For further details see text below.**]   Docketing to mail notices.

## STATEMENT

Plaintiff, Paul Anthony Smith (B-64568), currently incarcerated at Menard Correctional Center, seeks to file an amended complaint in this case. The amended complaint is not on this Court's form, *see* Local Rule 81.1. Also, the amended complaint appears to raise claims different than those asserted in the original complaint. The original complaint challenges disciplinary actions taken against Plaintiff at Will County Jail in January 2008. The amended complaint challenges separate disciplinary actions that occurred in April 2008. The amended complaint does not mention the January disciplinary proceedings.

An amended complaint supersedes previously filed complaints and must stand complete on its own. The Court will not refer to different pleadings to determine the claims a plaintiff seeks to raise or the defendants to an action. Accordingly, if Plaintiff wants to file an amended complaint, he must include in the amended complaint all the claims he seeks to assert and name all the defendants he seeks to sue in this case. Also, although a plaintiff may raise different claims against the same defendants, he may not assert unrelated claims against different defendants. *See George v. Smith*, 507 F.3d 605, 607 (7th Cir.2007) ("Unrelated claims against different defendants belong in different suits"). If Plaintiff seeks to challenge different disciplinary proceedings against different defendants, he should raise such claims in a separate suit.

The amended complaint currently before the Court is stricken. However, Plaintiff may submit, upon seeking leave from this Court, another amended complaint in accordance with this order. The clerk shall send to Plaintiff an amended complaint form.

isk